■ CATALINA MEYER et al., Appellants, v FIREMAN'S FUND INSURANCE COMPANY, Respondent. [659 NYS2d 752] —Orders, Supreme Court, New York County (Beatrice Shainswit, J.), entered March 28, 1996 and October 28, 1996, unanimously affirmed for the reasons stated by Shainswit, J., without costs and disbursements. No opinion. Concur—Murphy, P. J., Wallach, Rubin, Tom and Andrias, JJ.